1  STEWART R. POLLOCK (CA SBN 301356)
   SPollock@moranreevesconn.com
2  MORAN REEVES CONN PC
   1211 East Cary Street
3  Richmond, Virginia 23219
   Telephone:    804.864.4832
4  Facsimile:     804.421.6251

5  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| RICHARD HOWE, an individual, | Case No. _____ |
|---|---|
| Plaintiffs, | **SAN FRANCISCO SUP. CT. CASE NO. CGC-22-601952** |
| v. | |
| LYFT, INC., a Delaware corporation; DARIUS BENJAMIN DEGREE, an individual, | **DECLARATION OF STEWART R. POLLOCK IN SUPPORT OF DEFENDANT LYFT, INC.'S NOTICE OF REMOVAL** |
| Defendants. | |

I, Stewart R. Pollock, declare as follows:

1. I am an attorney, duly licensed to practice before the above-entitled Court, and I am an attorney at Moran Reeves & Conn PC, attorneys of record for Defendant Lyft, Inc. I have personal knowledge of the matters contained herein, except those which are stated upon information and belief. If called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of what Plaintiff filed as the summons and complaint in this matter.

3. As of this writing, Plaintiff has not served Lyft, Inc. with a copy of the

summons and complaint. Lyft is also informed and believes that, based upon review of the state court docket at the time of this filing, Plaintiff has not served a copy of the summons and complaint on Defendant Degree.

4. Plaintiff served Lyft with a pre-litigation demand in the amount of $1,663,141.92. Plaintiff's demand included a claim of past medical damages in the amount of $153,192.99 (which exceeds the amount in controversy requirement on its own).

5. While Lyft contests all liability and damages, based on the allegations in Plaintiff's complaint (including the specific allegations of the treatment Plaintiff received, and the vague claims for non-economic damages), Plaintiff's pre-litigation demand, and upon Lyft's attorneys' experience in handling personal injury cases with similar alleged injuries, Lyft's attorneys believe, to a reasonable degree of certainty, that Plaintiff's claimed damages will exceed $75,000.

6. If Plaintiff stipulates that his damages will not exceed $75,000 in this action, then Lyft will not oppose any motion to remand based on such a stipulation.

7. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 18, 2022 at Richmond, Virginia.

/s/ Stewart R. Pollock
Stewart R. Pollock