Tanya Gomerman, Esq. (SBN 271834)
tanya@attorneytanya.com
LAW OFFICES OF TANYA GOMERMAN
825 Van Ness Ave, Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608
Facsimile: (855) 545-8608
Attorney for Plaintiff
Richard Howe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWE, an individual,<br><br>　　　　　Plaintiff,<br>　v.<br><br>LYFT, INC., a Delaware corporation, et al.,<br><br>　　　　　Defendants. | Case No. 4:22-CV-06159<br><br>AGREED STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CAUSES OF ACTION AGAINST ALL DEFENDANTS |

　　　PLEASE TAKE NOTICE THAT the Parties hereby AGREE AND JOINTLY STIPULATE to the DISMISSAL WITHOUT PREJUDICE of Plaintiff RICHARD HOWE's claims against all Defendants (Lyft, Inc. and Darius Degree).

　　　This voluntary dismissal without prejudice is effective without necessity of a Court Order pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), and is without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(B).

LAW OFFICES OF TANYA GOMERMAN

Dated: November 30, 2022

_____
Tanya Gomerman
Attorney for Plaintiff RICHARD HOWE

NOTICE OF AGREED STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      MORAN REEVES CONN PC

*SR Pollock*

Stewart R. Pollock
Attorney for Defendant LYFT, INC.

NOTICE OF AGREED STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE